IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

OCTAFORM INC.,

          Plaintiff,

v.

SW CONSULTING LLC, LEONARD S.
WARLAND and SANDRA L. WARLAND,

          Defendants.

ORDER

17-cv-747-wmc

---

The court having been advised that the defendants, SW Consulting LLC, Leonard S. Warland and Sandra L. Warland, have filed bankruptcy petitions in June of 2018.

ORDER

IT IS ORDERED that the above entitled action is DISMISSED without prejudice subject to its reopening upon the completion of bankruptcy proceedings should any issues remain unresolved.

IT IS FURTHER ORDERED that any order to reopen shall place this case at the head of the docket for immediate judicial attention.

Entered this 12th day of June, 2018.

BY THE COURT:

_____
William M. Conley
District Judge